**FILED**

MAY 04 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:11-CR-348-PMP (PAL) |
| MICHAEL ADAM MIRANDA, | ) ) | |
| Defendant. | ) | |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on May 4, 2012, defendant MICHAEL ADAM MIRANDA pled guilty to Count One of a Three-Count Criminal Indictment charging him in Count One with Receipt of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

This Court finds defendant MICHAEL ADAM MIRANDA agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Criminal Indictment, the Bill of Particulars, and the Plea Memorandum.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment, the Bill of Particulars, and the Plea Memorandum and the offense to which defendant MICHAEL ADAM MIRANDA pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3):

. . .

1. a Dell Dimension 3000 computer, Serial Number FRWPG81;

2. Maxtor hard drive, Serial Number Y4DF5QCE;

3. Seagate Free Agent Desk hard drive, Serial Number 2GEXMGDY;

4. Seagate SATA hard drive, Serial Number 5VM4Y210;

5. CD/DVD discs containing child pornography; and

6. any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received; computer images, including movie and still image files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of MICHAEL ADAM MIRANDA in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

2 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

3 following address at the time of filing:

4
    Michael A. Humphreys
    Assistant United States Attorney
5    Daniel D. Hollingsworth
    Assistant United States Attorney
6    Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
7    Las Vegas, Nevada 89101.

8  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

9 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

10 following publication of notice of seizure and intent to administratively forfeit the above-described

11 property.

12  DATED this _____ day of _____, 2012.

13

14

15     UNITED STATES DISTRICT JUDGE